IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNA BROWN,

        Plaintiff,

   v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/

No.   CIV.S-05-1338 DAD

<u>ORDER TO SHOW CAUSE</u>

        On July 14, 2005, the court issued a scheduling order along with a form entitled "Consent to Assignment or Request for Reassignment," which allows a party to consent to proceed before a United States Magistrate Judge, or request reassignment of this case to a United States District Judge. Pursuant to Appendix A(j) of the Local Rules, and as directed in the "Order Re Consent or Request for Reassignment" accompanying that form, all parties were to execute the form and return it to the Clerk of the Court within ninety days from the date the action was filed. The Local Rules also required

1

1  plaintiff to serve a copy of these documents on all parties to the
2  action and file a proof of service with the court.  <u>See</u> L.R., App.
3  A(j).  The required time has now expired and plaintiff has not
4  returned the necessary form to the court.
5         In addition, plaintiff was directed to return the necessary
6  documents for service to the United States Marshal's office within
7  fifteen days and thereafter file a statement with the court advising
8  the date upon which said documents were submitted.  The time period
9  has now expired, and it has come to the court's attention that the
10 United States Marshal is not in receipt of the necessary materials.
11        Accordingly, the court HEREBY ORDERS plaintiff to show
12 cause in writing within ten days why this case should not be
13 dismissed for lack of prosecution.  Failure to <u>timely</u> file the
14 required writing will result in a recommendation that the case be
15 dismissed.
16 DATED: October 26, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 DAD:lg
ddad1/orders.socsec/brown1338.osc.ftp

2