IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNA BROWN, | No. CIV.S-05-1338 DAD |
|     Plaintiff, | |
|   v. | ORDER AND |
| JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security, | FINDINGS AND RECOMMENDATIONS |
|     Defendant.<br>_____/ | |

On October 27, 2005, the court issued an order requiring plaintiff to show cause within ten days why this case should not be dismissed for lack of prosecution due to plaintiff's failure to execute and file the form entitled "Consent or Request for Reassignment" and failure to provide the necessary materials to the U.S. Marshal's office for service. More than one month has passed and plaintiff has still not responded to that order. Accordingly,

/////

/////

1

1    IT IS HEREBY ORDERED that this action shall be assigned a
2 United States District Judge randomly selected by the Clerk of the
3 Court.
4    IT IS HEREBY RECOMMENDED that this action be dismissed
5 without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b); L.R. 11-110.
6    These findings and recommendations are submitted to the
7 United States District Judge assigned to the case, pursuant to the
8 provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
9 served with these findings and recommendations, plaintiff may file
10 written objections with the court.  Such a document should be
11 captioned "Objections to Magistrate Judge's Findings and
12 Recommendations."  Plaintiff is advised that failure to file
13 objections within the specified time may waive the right to appeal
14 the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
15 Cir. 1991).

16 DATED: November 30, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 DAD:lg
Ddad1/orders.brown1338.f&r.assign

2