IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNA BROWN,                               No.  CIV.S-05-1338 GEB DAD

      Plaintiff,

    v.                                     ORDER

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

     On October 27, 2005, the court issued an order requiring plaintiff to show cause within ten days why this case should not be dismissed for lack of prosecution due to plaintiff's failure to execute and file the form entitled "Consent or Request for Reassignment" and failure to provide the necessary materials to the U.S. Marshal's office for service.  More than one month had passed and plaintiff had still not responded to that order.  As a result, on December 1, 2005, the undersigned issued Findings and Recommendations recommending that the case be dismissed without prejudice.  On

1

1   January 20, 2006, plaintiff's counsel's law partner, Bess Brewer,

2   filed a "Notice of Motion and Motion to Vacate the Order to Show

3   Cause Pursuant to Rule 60(b)" due to counsel's "inadvertence, mistake

4   and excusable neglect" in failing to execute her duties as a lawyer

5   and timely serve the summons and complaint.  Ms. Brewer advised the

6   court that plaintiff's counsel, Eugenie Mitchell, has been relieved

7   of her duties as a lawyer for the indefinite future due to illness

8   and that she has now assumed responsibility for plaintiff's case.

9           Accordingly, IT IS HEREBY ORDERED that

10          1.   Plaintiff's motion is GRANTED and the order to show

11  cause filed on October 27, 2005 is DISCHARGED;

12          2.   The Findings and Recommendations filed December 1,

13  2005, are VACATED;

14          3.   Within ten days from the date of this order, plaintiff

15  shall submit the necessary paperwork for service to the United States

16  Marshal and thereafter file a statement with the court advising the

17  date upon which said documents were submitted; and

18          4.   This matter will proceed according to the terms of the

19  court's scheduling order filed July 14, 2005.

20  DATED: February 3, 2006.

21

22                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
23

24  DAD:lg:th
    Ddad1/orders.socsec/brown1338.vacateF&R
25

26