McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNA BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-01338-DAD<br><br>STIPULATION AND ORDER RE<br>PRE-FILING REDACTION OF THE<br>ADMINISTRATIVE TRANSCRIPT |

      The parties to the above-referenced action, by and through their undersigned counsel, with the approval of the Court, hereby stipulate that the record found at transcript page (Tr.) 179 (consisting of Exhibit 5, Part F, Medical Records, page 45/57) of the certified transcript of the administrative proceedings under review in this action, is a confidential extra-party record which does not pertain to said administrative proceedings.  Accordingly, the parties agree to redaction of the transcript, whereby Defendant shall remove Tr. 179 from the transcript and file the transcript in such redacted form.

      The parties further stipulate that any review copies of the record found at Tr. 179, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

      The parties further stipulate that the inadvertent inclusion of said record in the administrative transcript is not and will not be a basis for a claimed error.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this document bearing counsel's original signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: 05/02/06                    /s/ Bess M. Brewer
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff


DATED:  05/05/06                   McGREGOR W. SCOTT
                                   United States Attorney


                            By:   /s/ Bobbie J. Montoya
                                   BOBBIE J. MONTOYA
                                   Assistant U. S. Attorney

                                   Attorneys for Defendant


                        _____oOo_____

                                **ORDER**

**APPROVED AND SO ORDERED.**

**DATED: May 12, 2006.**

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/brown1338.redact

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
ERIC K.H. CHINN
Assistant Regional Counsel
United States Social
Security Administration